Quamonta Jackson, #64499-034
F.C.I Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

FILED ___ ENTERED
LOGGED ___ RECEIVED

FEB 9 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Clerk of Court,
　　　　　Please
I am in dire need of a copy of my sentencing transcripts reffering to case **1:19-CR-00036**. If I have to pay for them I'll need the information and address so I can send the money order. Im thanking you in advance for your help.

　　　　　Thank you in advance for your help in this very serious matter.

Return Address
Quamonta Jackson #64499-034
F.C.I Hazelton
P.O. Box 5000
Bruceton Mills WV, 26525

Quamonta Jackson #64499-034
F.C.I Hazelton
P.O. Box 5000
Bruceton Mills WV, 26525

FILED / ENTERED
LOGGED / RECEIVED
FEB 9 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

"LEGAL MAIL"

21201-260599

Clerk United States District Court
101 West Lombard St.
Baltimore Maryland 21201