# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

RICHARD GRIER

    Defendant    *    Criminal No. CCB-19-0036

vs.

UNITED STATES    *    Trial Court Judge:
OF AMERICA             Catherine C. Blake

\*    \*    \*    \*    \*

## MOTION TO COMPEL ATTORNEY TO PRODUCE CLIENT'S FILE

Comes Now Defendant, pro se, and respectfully moves the court to issue an order compelling the Attorney to produce all papers and documents received during his employment as counsel for Defendant in United States of America v. Richard Grier, Cause No. CCB-19-0036 and the other case No. is unknown to Defendant.

In support of this motion, Defendant alleges and says the following:

1. Attorney Christopher J. Purpura is appointed to represented Mr. Grier.

2. Defendant is in the process of researching and preparing for trial and needs a copy of all papers and documents the ...

- 1 -

Attorney received pertaining to Both case(s) during his employment as counsel for Mr. Grier.

3. Defendant has requested a copy of the attorney's case file, but the Attorney has refused to produce the requested File(s).

4. Defendant is incarcerated and indigent, which makes it impossible for him to photocopy the requested File(s) on his own.

5. Defendant is entitled to the File(s) under the authority of Attorney and client privileges.

6. The Attorney has a duty to surrender the Requested File(s) under the Rules of Professional Conduct.

7. The Attorney's mailing address is:

"The Bonaparte Building" 8 East Mulberry Street Baltimore, Maryland 21202-2105

Office: 410-727-8550
Fax: 410-934-1147
Cell: 410-935-7346

Email: cpurpura@purpuralaw.com

-2-

WHEREFORE, Defendent requests the Court to issue an order compelling the Attorney to produce all papers and documents he have received during his employment as counsel for Defendent or to show cause why said attorney should not be punished for contempt.

Respectfully submitted this 23rd day of March, 2022.

R. Grier #474750
Defendent, prose
Return address: (N.B.C.I)
14100 McMullen Hwy. S.W
Cumberland, Maryland 21502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing Motion to Compel Attorney to produce client's file, was mailed, postage paid, on this ____ day of ____, 2022 to the:
Cleck, United States District Court
101 W. Lombard Street
Baltimore, MD 21201-2691

Respectfully,
R. Grier #474750
Defendent, prose

-3-

Richard Grier #424754  
14100 McMullen Hwy. S.W  
Cumberland, MD 21502



Case 1:19-cr-00036-JKB   Document 830   Filed 03/28/22   Page 4 of 5

BALTIMORE MD 212  
24 MAR 2022 PM 8 L

___ FILED  ___ ENTERED  
___ LOGGED  ___ RECEIVED

MAR 28 2022  
AT BALTIMORE  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY _____ DEPUTY

TO: Clerk, United States District Court: 101 W. Lombard Street  
Baltimore, MD 21201-2691

21201-260599

OUTGOING

MAR 2 4 2022

