IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  CRIMINAL NO. JKB-19-0036 |
| RICHARD GRIER | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Now pending before the Court is Defendant Richard Grier's Motion to Compel Attorney to Produce Client's File (ECF No. 830) and Motion to Receive Discovery Files (ECF No. 768). The Defendant is currently represented by counsel. The Court does not permit "hybrid" representation wherein a defendant is represented partially by himself and partially by an appointed attorney. It's either one or the other. At this point, Mr. Grier has elected to be represented by counsel. Accordingly, any motions or request that he wishes to make must be presented to the Court only by his counsel. The Motions now before the Court (ECF Nos. 830, 768) are DENIED WITHOUT PREJUDICE.

DATED this __18__ day of October, 2022.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge