

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David Ciambruschini, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

January 26, 2023

Richard Grier, #474750
NBCI
14100 McMullen Highway, SW
Cumberland, MD  21502

Re:  *United States v. Richard Grier*, Criminal Case No. JKB-19-36

Dear Mr. Grier:

In response to your recent request for documents, please be advised the Initial Appearance (ECF 1040) held on December 19, 2022, was recorded via FTR Gold, but has not been transcribed. In order to get a transcript, you need to send a certified bank check or money order for the appropriate amount to the Clerk of the Court; the check should be made payable to CompuScribe.

To determine the fee, you will need to refer to the attached fee schedule. The transcript will be one page per minute, so calculate your cost for 15 pages. Using the fee schedule attached, the transcript you are interested in would cost:

$54.75 for an Ordinary Transcript
$72.75 for an Expedited Transcript

Please add a $10.00 fee for delivery via UPS.

The request for Sentencing transcript has been forwarded to the Court Reporter that was assigned to your case.

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov