IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIM. NO. JKB-19-0036 |
| CORREY CAWTHORN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons provided in the foregoing Memorandum, it is ORDERED that:

1. Tyeshawn Rivers' Motion to Suppress Evidence Obtained from Search of Instagram Account (ECF No. 1100) is GRANTED in part;

    A. Evidence obtained from the March and June 2023 reviews is SUPPRESSED; and

    B. The Court will hear further argument and evidence with respect to any earlier reviews of Rivers' Instagram account <u>at the hearing currently scheduled for September 8, 2023</u>.

2. The Government is REMINDED that it SHALL NOT meaningfully retain access to the Instagram data beyond what it has already identified as responsive.

DATED this 13 day of July, 2023.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge