IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 19-cr-36-JKB-8 |
| DESEAN JOHNSON | * | |

\* \* \* \* \* \* \* \* \* \* \*

## SENTENCING MEMORANDUM

Background

    Mr. Desean Johnson was arrested on December 4, 2018 for carrying a handgun in a car with his colleague who had a distribution quantity of cocaine base.

PSR and Guidelines

    The defense does not object to the Probation Officer's calculation of Mr. Johnson's criminal history category.  The defense likewise concurs with the finding that the guidelines range for Mr. Johnson is five years incarceration and there are no reasons that would warrant departure.

Sentencing Factors

    Mr. Johnson broke the law.  He is sorry he did so.  Over the nearly five years he has been incarcerated he has had time to consider his offense, it's impact on society and imagine a different way of life.

    Despite his best efforts Mr. Johnson failed his final examination in mathematics.  That failure has prevented him from completing his GED.  Mr. Johnson is resolved to continue trying and ultimately earn his GED.

Mr. Johnson is interested in a number of fields of employment.  He is interested in pursuing a commercial driver's license or construction related field such as developing an expertise in HVAC systems.   He is realistic that he will face challenges when he is first released and is prepared to undertake any lawful employment at first.

.

Characteristics of the Accused

Mr. Johnson has had a disordered upbringing.  His father and mother are not currently together but are interested in his well-being and both possess a willingness to support him upon his release.  They remember a happy child who worked hard at sports and got along well with his peers.  Mr. Johnson provided a number of photographs of his son in his youth for the Court's information.  The defense requests that the Court consider nine (9) photographs as well as the brief testimony of Mr. Johnson's father and mother who will introduce the photos.  The combined testimony of his parents will take no longer than twenty minutes and will describe the defendants upbringing from their perspective.


Sentence Recommendation

Mr. Johnson's pre-trial agreement calls for a sentence between sixty (60) and eighty four (84) months.  The Defense hopes the Court will see the propriety of a sentence closer to sixty months as Mr. Johnson's long time in custody has done much to rehabilitate him.


/Signed_____
Kwasi Hawks
Defense Counsel