**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **v.** | * |
| **CORREY CAWTHORN,** | * |
| **Defendant.** | * |

          **Criminal No. JKB-19-0036**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A PHYSICAL EXHIBIT**

      The United States of America, by counsel, hereby requests leave to file a physical exhibit as part of its sentencing letter.  *See* United States District Court for the District of Maryland, *Electronic Case Filing Policies and Procedures Manual* (April 2022) (version 6.1) at 15.   The physical exhibit is a compilation of four video files that will be submitted to the Court by compact disk.

      WHEREFORE, the United States requests leave as stated herein.

                    Respectfully submitted,

                    Erek L. Barron
                    United States Attorney

By:_____/s/_____
            Patricia McLane
            Assistant United States Attorney

            36 South Charles Street, Fourth Floor
            Baltimore, Maryland 21201
            410-209-4942
            Patricia.McLane@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing will be sent by CM/ECF:

A.D. Martin, Esq.

_____/s/___ ____ _____
Patricia McLane
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. JKB-19-0036** |
| **CORREY CAWTHORN,** | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Upon consideration of the government's motion, on this \_\_\_\_ day of December 2023, the

Court hereby grants leave to the government to file a "physical exhibit" (that is video materials)

with its sentencing letter.


_____                              _____
Hon. James K. Bredar                                                                          Date
United States Chief District Judge